IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE ALL ASSETS RELATED TO FABIAN SPARROW AND MARIA CAMILA ALEMAN ARAOZ AS ATTORNEY-IN-FACT FOR FABIAN SPARROW. | CASE NO. 3:13MC138-RJC-DSC<br><br>**ORDER TO UNSEAL** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Application for Restraining Order, Affidavit in Support of Application for Restraining Order, the Government's Motion to Seal, and the Order to Seal be unsealed,

**IT IS HEREBY ORDERED** that the Application for Restraining Order, Affidavit in Support of Application for Restraining Order, the Government's Motion to Seal, and the Order to Seal shall be unsealed immediately.

The Clerk is directed to certify copies of this Order to the United States Attorney's office.

**SO ORDERED**.

Signed: September 13, 2013

David S. Cayer
United States Magistrate Judge