IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13MC138-RJC-DSC

| | | |
|---|---|---|
| IN RE ALL ASSETS RELATED TO | ) | |
| FABIAN SPARROW AND MARIA | ) | **ORDER TO VACATE** |
| CAMILA ALEMAN ARAOZ AS | ) | **RESTRAINING ORDER** |
| ATTORNEY-IN-FACT FOR FABIAN | ) | |
| SPARROW. | | |

THIS MATTER is before the Court on Motion of the United States of America to vacate the Restraining Order (Doc. 4) in this case.   For good cause shown and for the reasons set forth in the Motion, this Court will grant the Motion.

IT IS, HEREBY ORDERED that the Restraining Order in this case is VACATED.

**SO ORDERED**.

Signed: April 3, 2017

David S. Cayer
United States Magistrate Judge